IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00134-MSK-CBS

PATRICIA LYNN SCHMALTZ,

    Plaintiff,

v.

BONNIE ROESINK, District Attorney, Grand County, State of Colorado, and
ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections,

    Defendants.
_____

**ORDER VACATING, IN PART, ORDER REASSIGNING MAGISTRATE JUDGE**
_____

**THIS MATTER** comes before the Court *sua sponte*. This case was initially assigned to Magistrate Judge Craig B. Shaffer for proceedings pursuant to 28 U.S.C. § 636(b). On April 18, 2008, this Court issued an Order **(# 18)**, reassigning the case to Magistrate Judge Gudrun Rice, insofar as the Complaint appears to allege conduct occurring in Grand County, Colorado. In this District, pretrial proceedings in matters concerning Grand County are customarily handled by Magistrate Judge Rice in Grand Junction. However, upon further consideration, in light of the Plaintiff's residence in Denver and the presence of all defense counsel in Denver, Colorado, it would appear that it would be more expeditious and economical for the pretrial matters to be handled by a Magistrate Judge located in Denver.

Accordingly, the Court **VACATES** that portion of the April 18, 2008 Order that transferred this case to Magistrate Judge Rice. The Clerk of the Court shall modify the docket

and case number in this case[1] to reflect the (re-)assignment of this case to Magistrate Judge Shaffer. The Order of Reference contained within the April 18, 2008 Order remains in effect, and the matter is referred to Magistrate Judge Shaffer in the aspects identified in that Order.

Dated this 28th day of April, 2008

BY THE COURT:

*(signature)*

Marcia S. Krieger
United States District Judge

---

[1] The case number appearing on this Order is the newly-modified one which the parties shall use in all future filings in this case.