**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.: 08-cv-00134-MSK-CBS**          FTR - Reporter Deck - Courtroom A402
**Date:   April 9, 2009**                                            **Courtroom Deputy:**   Linda Kahoe

PATRICIA LYNN SCHMALTZ,                              *No appearance*

    Plaintiff,

    v.

ARISTEDES ZAVAROS,                                       Christine K. Wilkinson

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in session:       8:39 a.m.**
Court calls case.  Appearances of counsel.  Mr. David R. Brougham appeared on behalf of dismissed defendant.

For the record, the court states that it was ordered that this case was scheduled for a Motions Hearing on April 9, 2009 at 8:30 a.m. and that the *pro se* Plaintiff has not made any attempt to contact chambers and is not present at this hearing.

The court read portions of Judge Krieger's Order of 3/5/2009 and stated that Judge Krieger did not set a deadline for submitting a proposed Amended Complaint.  Plaintiff has not filed a proposed Motion for Leave to Amend.

**ORDERED:**   Defendant's Motion to Impose Deadline or Time Limit Re Amendment of Complaint (doc. #51, filed 3/17/2009) is GRANTED.  Plaintiff shall file a Motion for Leave to Amend Complaint and a proposed Amended Complaint on or before April 24, 2009.

**ORDERED:**   Any further scheduling in this case is HELD IN ABEYANCE pending briefing on the Motion to Dismiss and the outcome of that Motion.

HEARING CONCLUDED.

**Court in recess**:        **8:54 a.m.**
Total time in court:    00:15

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.